United States District Court
District of Connecticut
FILED AT     BRIDGEPORT
May 30       2012
Roberta D. Tabora, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KENNETH MOSS, as executor of the :
estate of Lynn Gardner Moss, and :
KENNETH MOSS, individually :  CIVIL ACTION NO.
   :  3:04cv1511 (SRU)
  v.  :
   :
WYETH, INC., et al.  :
   :

## VERDICT FORM

We, the jury, unanimously find as follows:

## A. LIABILITY

### Failure to Provide Adequate Warnings Claim

**Question 1:** Has Mr. Moss proven by a preponderance of the evidence all of the elements of the failure to provide adequate warnings claim?

Yes _____ No _√___

*Please proceed to Question 2.*

### Strict Product Liability (Design Defect) Claim

**Question 2:** Has Mr. Moss proven by a preponderance of the evidence all of the elements of the strict product liability (design defect) claim?

Yes _____ No _√___

*Please proceed to Question 3.*

**Negligent Failure to Test, Study or Investigate Claim**

>  **Question 3:**  Has Mr. Moss proven by a preponderance of the evidence all of the elements of the negligent failure to test, study or investigate claim?
>
>  Yes _____ No ___✓___
>
>  *Please proceed to Question 4.*

**Negligent Misrepresentation Claim**

>  **Question 4:** Has Mr. Moss proven by a preponderance of the evidence all of the elements of the negligent misrepresentation claim?
>
>  Yes _____ No ___✓___
>
>  *If you answered "Yes" to <u>any</u> of the foregoing questions, please proceed to Question 5.*
>
>  *If you answered "No" to <u>all</u> of the foregoing questions, please proceed to Question 8.*

**B.**     **DAMAGES**

**Compensatory Damages**

>  **Question 5:**  What amount of compensatory damages do you find Mr. Moss has proven by a preponderance of the evidence Lynn Moss's estate suffered that was caused by Wyeth's conduct giving rise to liability?
>
>  Economic Damages:
>
>  $_____
>
>  Non-Economic Damages:
>
>  $_____
>
>  Total:  $_____
>
>  *Please proceed to Question 6.*

**Question 6:**  What amount of compensatory damages do you find Mr. Moss has proven by a preponderance of the evidence Kenneth Moss suffered for loss of consortium that was caused by Wyeth's conduct giving rise to liability?

$\$$_____.

*If you awarded compensatory damages in any amount greater than $0 in response to Question 5, then proceed to Question 7.*

*If you awarded <u>no</u> amount of compensatory damages in response to any part of Question 5 or Question 6, then proceed to Question 8.*

### Punitive Damages

**Question 7:**  Has Mr. Moss proven by a preponderance of the evidence that punitive damages should be awarded against Wyeth?

Yes _____ No _____

*Please proceed to Question 8.*

## C.    AFFIRMATIVE DEFENSES

### Affirmative Defense to Strict Product Liability (Design Defect) Claim

**Question 8:** Has Wyeth proven by a preponderance of the evidence all of the elements of its affirmative defense that Premarin and/or Prempro was "unavoidably unsafe" and accompanied by adequate warnings?

Yes \_\_✓\_\_ No _____

*Please proceed to Question 9.*

### Affirmative Defense Regarding Discovery of Cause of Action

**Question 9:** Has Wyeth proven by a preponderance of the evidence that Lynn Moss discovered, or in the exercise of reasonable care should have discovered, that she had an actionable claim against Wyeth for her injuries before September 10, 2001?

Yes _____ No ✓_____

*Your deliberations are now complete.  The foreperson should sign and date this verdict form.*

_____
Signature of Foreperson

5/30/12
Date